EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>    Jaime Benítez Martínez | 2002 TSPR 44<br><br>156 DPR _____ |

Número del Caso: TS-6187


Fecha: 5/abril/2002


Colegio de Abogados de Puerto Rico:
                    Lcda. Carmen R. Cintrón Ferrer
                    Lcda. Sheila I. Vélez Martínez


Abogado de la Parte Querellada:
                    Por Derecho Propio



Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Jaime Benítez Martínez

TS-6187

RESOLUCION

San Juan, Puerto Rico, a 5 de abril de 2002.

Vista la moción solicitando la reinstalación, se autoriza la reinstalación del peticionario, Jaime Benítez Martínez, al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Rebollo López no intervino.

Carmen E. Cruz Rivera
Secretaria del Tribunal Supremo Interina